# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW TRAVIS HOUSTON,
Appellant,

vs.

BRIAN P. CLARK,
Respondent.

No. 85354

FILED

SEP 29 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, appellant fails to identify any appealable order. Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.          _____ Sr. J.
Pickering                              Gibbons

---

[1]Given this dismissal, this court takes no action in regard to the documents filed by appellant on September 28, 2022.

The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.

22-30607

cc: Hon. Eric Johnson, District Judge
Matthew Travis Houston
Clark McCourt, LLC
Eighth District Court Clerk